PAUL J. FISHMAN
United States Attorney

KATHRYN KENEALLY
Assistant Attorney General

MELISSA L. DICKEY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone:   (202) 616-1920
Facsimile:   (202) 514-6866
E-mail:      melissa.l.dickey@usdoj.gov

Counsel for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. _____ |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| ELI ELIYAHUIA and ) | |
| RENEE CHABOT, ) | |
| ) | |
| Respondents. ) | |

**DECLARATION OF MICHAEL DANILACK**

I, Michael Danilack, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am the Deputy Commissioner (International) in the Large Business and International Division of the Internal Revenue Service, Washington, D.C. I have served in this capacity since January 20, 2010. As Deputy Commissioner, I am authorized by Delegation

1

Order No. 4-12 (rev. 2) to act as the Competent Authority for the purpose of administering all exchange-of-information programs under tax treaties and exchange-of-information agreements, including the Convention Between the Government of the United States of America and the Government of the French Republic for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Income and Capital, as amended by the Protocol that came into force on December 23, 2009 (the "Convention"). By reason of my position, I am authorized to make this Declaration and have personal knowledge of the facts set forth herein.

2. This Declaration is made for the purpose of authenticating certain documents received by my office pursuant to Article 27 of the Convention and sought to be admitted as evidence in this proceeding.

3. Article 27 of the Convention provides, in pertinent part, for the exchange of information "as may be relevant for carrying out the provisions of this Convention or to the administration or enforcement of the domestic laws concerning taxes of every kind and description imposed on behalf of the Contracting States." A copy of the Convention is available online at http://www.irs.gov/pub/irs-trty/france.pdf and http://www.treasury.gov/resource-center/tax-policy/treaties/Documents/Treaty-Protocol-France-1-13-2009.pdf.

4. In early 2010, I was informed that France received information regarding U.S. persons who maintained undisclosed accounts at HSBC Bank in Switzerland.

5. On February 12, 2010, based upon this information and pursuant to the Convention, I sent a letter to Maïté Gabet, Directrice Départementale, Chef du Bureau des Affaires Internationales ("the French Competent Authority"). In my letter I requested copies of any information concerning U.S. persons maintaining undisclosed accounts at HSBC Bank.

6. On or about April 6, 2010, my office received from the French Competent Authority a cover letter and compact disc in response to my February 12, 2010 letter.

7. The compact disc included information in French regarding four bank accounts of Pelsa Business Inc.:

CHO5 0868 9050 9113 5082 8

CH06 0868 9050 9113 5081 0

CH60 0868 9050 9113 3150 5

CH91 0868 9050 9121 4933 6

According to the information provided by the French Competent Authority, a U.S. citizen, Eli Eliyahuia Chabot, is the beneficial owner of Pelsa Business, Inc.

8. A printout from the compact disc regarding these four accounts is attached as Exhibit A. An English translation of the printout, prepared by staff translators in my office, is attached as Exhibit B.

I declare that the foregoing is true and correct.

Executed this 25th day of March, 2014.

Michael Danilack
Deputy Commissioner (International)
Large Business and International Division
Internal Revenue Service

# EXHIBIT A

## Printout from Data Disk

Synthèse individuelle - code BUP : 509017

## CHABOT ELI ELIYAHU

| | | | | |
|---|---|---|---|---|
| Nom | CHABOT | | | |
| Prénoms | ELI / ELIYAHU | | | |
| | | Nationalité | UNITED STATES | |
| Date de naissance | 7/10/1957 | Sexe | M | |
| Lieu de naissance | SYRIA | Sit. Maritale | | |
| Profession | SHOEMAKERS | | | |

### Téléphones
- Personnel
- Portable
- Fax
- Professionnel

### Évènements sur la personne
| | |
|---|---|
| Date création | 10/3/2003 |
| Dernière modification | 10/6/2003 |
| Date de clôture | |
| Motif de clôture | |

### Pièce d'identité
| | |
|---|---|
| Numéro | |
| Nature | P |
| Lieu d'établissement | NEW-YORK |
| Pays | USA |
| Date | 1/9/2001 |

### Identifiants internes
| | |
|---|---|
| BUP_SIFIC_PER_ID | 509017 |
| PER_ID | 130667 |
| PER_NO | 173420 |

### ADRESSES POSTALES DE LA PERSONNE PHYSIQUE

MR ELI E. CHABOT 20 LINCOLN AVE EIBERON-NJ 01140 UNITED STATES OF AMERICA [LEGAL ADDRESS]

| | |
|---|---|
| Patrimoine constaté en Décembre 2005 (en $) | 2,708,966.00 |
| Patrimoine constaté en Décembre 2006 (en $) | -428.00 |
| Patrimoine max constaté sur la période (en $) | 2,802,939.00 en 04/2006 |

### PROFILS CLIENT LIES A LA PERSONNE

| | |
|---|---|
| Nom du profil client | PELSA BUSINESS INC. |
| Code profil client | 509139 |
| Date création du profil | 10/3/2003 |
| Date de clôture du profil | [non référence] |
| Statut du profil | Actif |
| Nature du profil | Nominatif |
| Type de client | Société domiciliée |
| Lien personne/profil client | Beneficial Owner |
| Info signature | [non référence] |
| Correspondance | envoyée au client |
| Liste des IBAN | IBAN : CH05 0868 9050 9113... / IBAN : CH06 0868 9050 9113  IBAN : CH80 0868 9050 9113 |
| | IBAN : CH91 0868 9050 9123 |

Détails du lien : BENEFICIAL OWNER

### AUTRES PERSONNES LIEES AUX PROFILS CLIENTS

| | |
|---|---|
| Nom (code BUP) | KOSTENBAUM, ALAIN (509010...) |
| Profils clients concernés | PELSA BUSINESS INC. [509139...] => Attorney |
| Première adresse | MAITRE ALAIN KOSTENBAUM ETUDE D'AVOCATS 1, RUE DE LA TOUR-DE-L'ILE 1204 GENEVE [(CLOTURE) ENVOI CORRESPONDANCE] |

| | |
|---|---|
| Nom (code BUP) | CHABOT ALBERT ABRAHAM (509017...) |
| Profils clients concernés | PELSA BUSINESS INC. [509139...] => Beneficial Owner [BENEFICIAL OWNER] |
| Première adresse | MR ALBERT A. CHABOT 91 LINCOLN AVE EIBERON - NJ 01140 UNITED STATES OF AMERICA [LEGAL ADDRESS] |

| | |
|---|---|
| Nom (code BUP) | PELSA BUSINESS INC. (509027...) |
| Profils clients concernés | PELSA BUSINESS INC. [509139...] => Account Holder |
| Première adresse | PELSA BUSINESS INC. C/O KOSTENBAUM & ASSOCIES K.B.H.B. 10, COURS DE RIVE CASE POSTALE 3397 1211 GENEVE 3 SUISSE |

### SCRIPTS DES ECHANGES ENTRE LA BANQUE ET LES PROFILS CLIENT LIES A LA PERSONNE

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

Nature du contact
Nom profil client (code)
Date du contact
Script

VISIT
PELSA BUSINESS INC. (509139
3/15/2005
Client has taken his hold mail and signed the discharge (M):N/A Client send mail
Client has completed the incomplete documents pending or missing (M):N/A (all in order)
Client's statement signed by the Client (M):Yes
Discussion was held with client on the following general subject(s)/product(s):Funds AFG/Hedge funds/Funds Inhouse
Comments on discussion held with client on subject(s)/product(s):client buys reliance fund one on emerging mkt one on asia and london hedge fund
Client order(s)/instruction(s) received related to:investment
Client's satisfaction:Satisfied

Nature du contact
Nom profil client (code)
Date du contact
Script

VISIT
PELSA BUSINESS INC. (509139
12/19/2005
Client has taken his hold mail and signed the discharge (M):No courtesy visit
Client has completed the incomplete documents pending or missing (M):Partially
Client's statement signed by the Client (M):N/A (comment)
Discussion was held with client on the following general subject(s)/product(s):Funds AFG/Hedge funds/Funds Inhouse
Comments on discussion held with client on subject(s)/product(s):client decide to sell 2 hedge funds and buy two long funds
Client order(s)/instruction(s) received related to:investment
Client's satisfaction:Satisfied

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

SOLDES MENSUELS SUR LES COMPTES DU PROFIL : PELSA BUSINESS INC.

| PERIODE | CLASSE D'ACTIF | MONTANT |
|---|---|---|
| 11/2005 | FIDUCIARY DEPOSITS | 712,057.32 |
| 11/2005 | FUND REDEMPTIONS | 258,300.43 |
| 11/2005 | FUNDS IN SHARES | 279,413.13 |
| 11/2005 | LIQUID ASSETS | 126,633.95 |
| 11/2005 | MUTUAL FUNDS | 1,317,231.69 |
|  | TOTAL en 11/2005 | 2,691,636.62 |
| 12/2005 | FIDUCIARY DEPOSITS | 967,561.34 |
| 12/2005 | FUND REDEMPTIONS | 256,300.43 |
| 12/2005 | FUNDS IN SHARES | 162,845.89 |
| 12/2005 | LIQUID ASSETS | 578.81 |
| 12/2005 | MUTUAL FUNDS | 1,319,680.06 |
|  | TOTAL en 12/2005 | 2,706,966.53 |
| 01/2006 | FIDUCIARY DEPOSITS | 971,268.56 |
| 01/2006 | FUND REDEMPTIONS | 295,093.89 |
| 01/2006 | FUNDS IN SHARES | 172,736.59 |
| 01/2006 | LIQUID ASSETS | 263,400.77 |
| 01/2006 | MUTUAL FUNDS | 1,044,118.41 |
|  | TOTAL en 01/2006 | 2,746,618.22 |
| 02/2006 | FIDUCIARY DEPOSITS | 974,228.06 |
| 02/2006 | FUND REDEMPTIONS | 295,093.89 |
| 02/2006 | FUNDS IN SHARES | 286,186.01 |
| 02/2006 | LIQUID ASSETS | 28,276.41 |
| 02/2006 | MUTUAL FUNDS | 1,190,257.76 |
|  | TOTAL en 02/2006 | 2,774,042.13 |
| 03/2006 | FIDUCIARY DEPOSITS | 996,118.52 |
| 03/2006 | FUND REDEMPTIONS | 280,307.98 |
| 03/2006 | FUNDS IN SHARES | 18,888.70 |
| 03/2006 | LIQUID ASSETS | 1,479,925.45 |
| 03/2006 | MUTUAL FUNDS |  |
|  | TOTAL en 03/2006 | 2,775,240.65 |
| 04/2006 | FIDUCIARY DEPOSITS | 999,133.00 |
| 04/2006 | FUND REDEMPTIONS | 288,239.66 |
| 04/2006 | FUNDS IN SHARES | 301,711.08 |
| 04/2006 | LIQUID ASSETS | 14,071.48 |
| 04/2006 | MUTUAL FUNDS | 1,199,784.34 |
|  | TOTAL en 04/2006 | 2,802,939.56 |
| 05/2006 | FIDUCIARY DEPOSITS | 1,012,579.38 |
| 05/2006 | FUND REDEMPTIONS | 288,239.66 |
| 05/2006 | FUNDS IN SHARES | 279,862.29 |
| 05/2006 | LIQUID ASSETS | 6,197.89 |
| 05/2006 | MUTUAL FUNDS | 1,205,657.27 |
|  | TOTAL en 05/2006 | 2,792,636.49 |
| 06/2006 | FUNDS IN SHARES | 262,947.04 |
| 06/2006 | LIQUID ASSETS | 1,325,548.35 |
| 06/2006 | MUTUAL FUNDS | 1,184,174.86 |
|  | TOTAL en 06/2006 | 2,772,670.25 |
| 07/2006 | LIQUID ASSETS | 4,929.48 |
|  | TOTAL en 07/2006 | 4,929.48 |
| 08/2006 | LIQUID ASSETS | 4,929.48 |
|  | TOTAL en 08/2006 | 4,929.48 |
| 09/2006 | LIQUID ASSETS | -318.56 |
|  | TOTAL en 09/2006 | -318.56 |

Soldes - code BUP : 509901 / code profil : 509139   [1 sur 2]

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

Soldes - code BUP : 5090173420 / code profil : 5091390368  [2 sur 2]

| 12/2006 | LIQUID ASSETS | |
|---|---|---|
| | | -428.79 |
| | TOTAL en 12/2006 | -428.79 |
| 01/2007 | LIQUID ASSETS | |
| | | -428.79 |
| | TOTAL en 01/2007 | -428.79 |

# EXHIBIT B

## English Translation of Data Disk Printout

Individual Report – BUP (Back up) code: 50901█  {Translator's Note: please double check all figures for accuracy}  [1 of 2]

## CHABOT ELI ELIYAHU

| | | Events involving this person | | Internal identifiers | |
|---|---|---|---|---|---|
| Last Name | CHABOT | Creation date | 3/10/2003 | BUP_SIFIC_PER_ID | 50901█ |
| First Name | ELI / ELIYAHU | Last modification | 6/10/2003 | PER_ID | 130667 |
| Date of birth | 10/7/1957 | | | PER_NO | 173420 |
| Place of birth | SYRIA | Closing date | | | |
| Profession | SHOEMAKERS (sic) | Type of closure | | | |
| | Citizenship: UNITED STATES | | | | |
| | Sex: M | | | | |
| | Marital Status: (blank) | | | | |

| | Identification card |
|---|---|
| Number | 112486137 |
| Type | P |
| Place established | NEW YORK |
| Country | USA |
| Date | 9/1/2001 |

### Phone numbers

| Personal | (no entries in this box) |
|---|---|
| Cell | |
| Fax | |
| Office | |

### POST OFFICE ADDRESS OF INDIVIDUAL

MR. ELIE E. CHABOT 20 LINCOLN AVE, EIBERON, NJ 01140 UNITED STATES OF AMERICA [LEGAL ADDRESS]

### PROFILE CLIENT LINKED TO THE PERSON

| Name of profile client | PELSA BUSINESS INC. | | |
|---|---|---|---|
| Profile client code | 509139█ | Assets shown in December 2005 (in$) | 2,706,966.00 |
| Profile creation date | 3/10/2003 | Assets shown in December | -428.00 |
| Profile closing date | na | Max assets shown for the period (in$) | 2,802,939.00 2006 (in$) in 04/2006 |
| Type of profile | Registered | | |
| Type of client | Domicile company | | |
| Personal relationship/profile client Beneficial Owner | | Relationship details: BENEFICIAL OWNER | |
| Info signatures | tta | | |
| Correspondence | mailed to client | | |
| IBAN lists | IBAN: CH05 0868 9050 9113 █ / IBAN: CH06 0868 9050 911█ | | |
| | IBAN: CH01 0868 9050 9121 █ | | |

### OTHER PERSONS RELATED TO CLIENT PROFIL

| Name (BUP code) | ALAIN KOSTENBAUM (509010█) |
|---|---|
| Relationship to profile client | PELSA BUSINESS INC (509139█) => Attorney |
| Primary address | MR. ALAIN KOSTENBAUM, ETUDE D'AVOCATS 1, RUE DE LA TOUR-DE-L'ILE 1204, GENEVA [(CLOSURE) SEND CORRESPONDANCE] |

| Name (BUP code) | ALBERT ABRAHAM CHABOT (509017█) |
|---|---|
| Relationship to profile client | PELSA BUSINESS INC. [509013█] => Beneficial Owner [BENEFICIAL OWNER] |
| Primary address | MR. ALBERT A. CHABOT, 91 LINCOLN AVE., EIBERON, NJ 01140, UNITED STATES OF AMERICAN [LEGAL ADDRESS] |

| Name (BUP code) | PELSA BUSINESS INC. (509027█) |
|---|---|
| Relationship to profile client | PELSA BUSINESS INC. [509139█] => Account Holder |
| Primary address | PELSA BUSINESS INC. C/O KOSTENBAUM & ASSOCIATES K.B.H.B. 10 COURS DE RIVE, CASE POSTALE 3397 1211, GENEVA 3, SWITZERLAND |

### SCRIOPTS OF TRADES BETWEEN THE BANK AND THE PROFILE CLIENT RELATED TO THE PERSON

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

Individual Report – BUP (Back up) code: 509017-

Nature of contact
Profile Client name (code)
Date of contact
Script

Nature of contact
Profile Client name (code)
Date of contact
Script

{Translator's Note: All other text is in English.}

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

[2 of 2]

Individual Report – BUP (Back up) code: 509017

MONTLY BALANCES IN ACCOUNTS FOR PROFILE: PELSA BUSINESS INC.

TOTAL en = TOTAL on (date)

{Translator's Note: All other text is in English.}

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.

Individual Report – BUP (Back up) code: 5090135

TOTAL en = TOTAL on (date)

{Translator's Note: All other text is in English.}

THIS INFORMATION IS FURNISHED UNDER THE PROVISIONS OF AN INCOME TAX TREATY WITH A FOREIGN GOVERNMENT. ITS USE AND DISCLOSURE MUST BE GOVERNED BY THE PROVISIONS OF THAT TREATY.