IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ELI CHABOT AND RENEE CHABOT,<br><br>Respondents. | Civil No. 14-3055 (FLW)<br>Hon. Freda L. Wolfson<br><br>Civil Action<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Eli Chabot and Renee Chabot, Respondents in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the October 3, 2014 Order (Dkt. No. 15) granting Petitioner United States of America's petition to enforce an IRS summons.

Respectfully submitted,

McElroy Deutsch Mulvaney & Carpenter, LLP
Counsel for Respondents
Eli Chabot and Renee Chabot

By: _____
Frank Holahan, Esq.

Dated: November 12, 2014

2456546