PAUL J. FISHMAN
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 514-9642
Email: wardlow.w.benson@usdoj.com
*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>ELI CHABOT and  )<br>RENEE CHABOT,  )<br>)<br>Respondents.  ) | Case No. 14-cv-03055 |

**ORDER TO SHOW CAUSE**

Upon consideration of the motion of petitioner the United States of America, and for good cause shown, it is hereby

ORDERED that this case is reopened; and it is further

ORDERED that Respondents Eli Chabot and Renee Chabot shall appear before the Honorable Freda L. Wolfson, in that Judge's courtroom, Room 5-E at the U.S. District Court in

Trenton, NJ, on the _____ day of _____, 2016 at \_\_\_\_\_    \_\_m. to show cause why they should not be held in contempt of this Court's order dated October 3, 2014; and it further

ORDERED that at least 7 days prior to the date of the show cause hearing set forth above, Respondents Eli Chabot and Renee Chabot shall submit, in a writing electronically filed with the Clerk, all reasons, if any, why they should not be held in contempt along with all supporting evidence, if any.

**SO ORDERED**

Date: _____              _____
                                              Hon. Freda L. Wolfson
                                              U.S. District Judge