
**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601
T 201.287.2460  F 201.489.0495

FRANK HOLAHAN
(201) 287-2494
PARTNER
frank.holahan@rivkin.com

September 13, 2019

**VIA ECF**
Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
402 East State Street
Room 5050
Trenton, New Jersey 08608

    Re:  United States of America v. Chabot, et al.
           Civil Action No.: 3:14-cv-03055 (FLW)(DEA)

Dear Judge Wolfson:

This firm represents Respondent, Eli Chabot, in the captioned matter.

At the august 20, 2019 Motion hearing, Your Honor requested Mr. Chabot's former co-counsel, Richard Levine, Esq., to conduct a further inquiry with respect to the possible availability of additional records relevant to this matter.

On behalf of Mr. Levine, we request an extension of time for the completion of this inquiry through October 25, 2019. The Government has no objection to this extension of time.

Your Honor's attention and courtesies are appreciated.

                        Respectfully yours,

                        RIVKIN RADLER

                        */s Frank Holahan*

                        Frank Holahan

FH:dlh
cc:    Ward W. Benson, Esq. (via ECF)
        Richard Levine, Esq. (via ECF)
4563805 v1